UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA,

     Plaintiff,

                                        Hon. Paul L. Maloney

v.

                                        Case No. 1:25-cr-157

SEFTON OLIVAIR STEWART,

     Defendant.

_____/

**ORDER OF DETENTION**

     Defendant appeared this date for a bond hearing. For the reasons stated on the record, the

Court finds by a preponderance of the evidence that no condition or combination of conditions

will assure Defendant's appearance at trial.

     Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney

General pending trial.

     DONE AND ORDERED on March 30, 2026.

                                     /s/ Sally J. Berens_____
                                    SALLY J. BERENS
                                    U.S. Magistrate Judge